# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANTHONEY BRUZELLAS WILLIAMS, | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 07-0030-BH-C |
| FFC COLEMAN-USP-1, et al., | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the United States District Court for the Middle District of Florida.  The Clerk of this Court shall take such steps as are necessary to effectuate this transfer.

**DONE** this 27th day of February, 2007.

                                                    s/ W. B. Hand
                                            SENIOR DISTRICT JUDGE